MICHAEL J. HINES
WSBA# 19929
LAURA J. BLACK
WSBA #35672
LUKINS & ANNIS, P.S.
1600 Washington Trust Financial Center
717 W Sprague Ave.
Spokane, WA  99201-0466
Telephone: (509) 455-9555
Facsimile: (509) 747-2323

JAMES P. DELPHEY
CSB #133309 *Pro Hac Vice*
DAVID H. LICHTENSTEIN
CSB  #259868 *Pro Hac Vice*
SELTZER CAPLAN MCMAHON VITEK
750 B Street, 2100 Symphony Towers
San Diego, CA 92101-8177
Telephone: (619) 685-3003
Facsimile: (619) 685-3100
Telephone: (509) 455-9555

The Honorable Lonny R. Suko

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STERLING SAVINGS BANK, a Washington State chartered bank,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation,<br><br>　　　　　　　　Defendant. | NO.  CV-12-0368-LRS<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER |

ORDER GRANTING DEFENDANT'S MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER:  1

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA  99201
Telephone: (509) 455-9555
Fax:  (509) 747-2323

K:\F\FEDERAL029086\STERLIN00001\PLDG\PROPOSED ORDER GRANTING MOT FOR ENTRY OF STIP PO-010413-ALY-LJB.DOCX

This Matter having come before the Court on Defendant Federal Insurance Company's Motion for Entry of Stipulated Protective Order, and the Court having reviewed the file and pleadings herein, and being otherwise fully advised in the matter, hereby finds and concludes that:

Good cause exists to grant Federal Insurance Company's Motion.

Based on that finding, IT IS HEREBY ORDERED:

Federal Insurance Company's Motion for Entry of Stipulated Protective Order, ECF No. 55, is **GRANTED**.  The parties are directed to fully comply with said order and to perform the duties and obligations set forth therein.

DATED this 11th day of February, 2013.

*s/Lonny R. Suko*

Lonny R. Suko
United States District Judge

Presented by:

LUKINS & ANNIS, P.S.

By s/Laura J. Black
MICHAEL J. HINES
WSBA# 19929
LAURA J. BLACK
WSBA #35672
Attorneys for Defendants

ORDER GRANTING DEFENDANT'S MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER: 2

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA  99201
Telephone: (509) 455-9555
Fax:  (509) 747-2323

K:\F\FEDERAL029086\STERLIN00001\PLDG\PROPOSED ORDER GRANTING MOT FOR ENTRY OF STIP PO-010413-ALY-LJB.DOCX