# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STERLING SAVINGS BANK, a Washington state chartered bank,<br><br>　　　　　　Plaintiff<br><br>　　v.<br><br>FEDERAL INSURANCE COMPANY,<br><br>　　　　　　Defendant | No. CV-12-368-LRS<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

　　This matter having come before the court on the parties' Stipulation for Dismissal, ECF No. 61, and the Court having reviewed said Stipulation and the pleadings and files herein, and being fully advised,

　　**IT IS HEREBY ORDERED** that this action and all claims and causes of action herein are DISMISSED with prejudice and without costs or fees to any party. The District Court Executive is directed to CLOSE THE FILE.

　　DATED, this 25th day of June, 2013.

　　　　　　　　　　　　　　　　　　　*s/Lonny R. Suko*
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Lonny R. Suko
　　　　　　　　　　　　　　　　　United States District Judge

*ORDER OF DISMISSAL WITH PREJUDICE* - 1



422 W. Riverside Avenue, Suite 1100　　　Phone: 509.624.5265
Spokane, Washington 99201-0300　　　　Fax: 509.458.2728